UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------------- X
ARC POLYMERS, INC.,                        :
                                           :
        Plaintiff,                         :
                                           :
        v.                                 :    No. 26-00823
                                           :
UNITED STATES,                             :
                                           :
        Defendant.                         :
-------------------------------------------------------------------- X
```

## COMPLAINT

Plaintiff Arc Polymers, Inc., for its Complaint in this action, does hereby state and allege as follows:

## CAUSE OF ACTION

1. Plaintiff brings this action pursuant to Section 515 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1515, to challenge Customs' denial of plaintiff's protest against the classification, in liquidation, of certain waste polyethylene terephthalate (PET) materials.

## JURISDICTION

2. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

3. All liquidated duties, taxes and fees were paid prior to the commencement of this action.

## PARTIES

4. Plaintiff Arc Polymers Inc., is a company headquartered in Montreal, Quebec, Canada. It is the importer of record of the merchandise which is the subject of this action, and paid the liquidated duties, taxes and fees. It is the real party in interest in this action.

1

5. Defendant United States of America is the Federal defendant. The denial of plaintiff's protest in this action was done by Defendant's agency United States Customs and Border Protection ("CBP"), a unit of the Department of Homeland Security.

## STATEMENT OF FACTS

6. The merchandise which is the subject of this action consists of various types of polyethylene terephthalate (PET) resin scrap originating from various countries.

7. PET is produced by the polymerization of ethylene glycol and terephthalic acid. Ethylene glycol is a colorless liquid obtained from ethylene, and terephthalic acid is a crystalline solid obtained from xylene. When heated together under the influence of chemical catalysts, ethylene glycol and terephthalic acid produce PET in the form of a molten, viscous mass that can be spun directly to fibers or solidified for later processing as a plastic.

8. In chemical terms, ethylene glycol is a diol, an alcohol with a molecular structure that contains two hydroxyl (OH) groups, and terephthalic acid is a dicarboxylic aromatic acid, an acid with a molecular structure that contains a large six-sided carbon (or aromatic) ring and two carboxyl (CO2H) groups. Under the influence of heat and catalysts, the hydroxyl and carboxyl groups react to form ester (CO-O) groups, which serve as the chemical links joining multiple PET units together into long-chain polymers. Water is also produced as a by-product.

9. At a higher molecular weight, PET is made into a high-strength plastic that can be shaped by all the common methods employed with other thermoplastics. PET films (often sold under the trademarks Mylar and Melinex) are produced by extrusion.

10. Molten PET can be blow-molded into transparent containers of high strength and rigidity that are also virtually impermeable to gas and liquid. In this form, PET has become widely used in carbonated-beverage bottles and in jars for food processed at low temperatures. The low

softening temperature of PET—approximately 70 °C (160 °F)—prevents it from being used as a container for hot foods.

11. One of the key characteristics of PET is its "Intrinsic Viscosity" (IV) which determines the thickness and stretchiness of the product. When the IV is low (60-70 mg/l), the material features low strength and brittleness; the PET is like a rubber band that breaks when stretched and has little use.

12. The merchandise which ARC Polymers imports consists of various types of PET scrap produced from recycled beverage bottles that have been used, discarded, and collected overseas. The use, discarding, collection and transport of PET cause the quality of the resin to degrade significantly and become contaminated with residue liquid and debris. The use of the bottles causes them to weaken, and reduces the IV in the component resins.

13. Because PET is in great demand (and in shortage), there is considerable recycling of PET after use. Some municipalities require such recycling. However, both the use and recycling of PET, particularly beverage bottles, is subject to a number of purity and food safety considerations.

14. PET is often mixed in recycling operations with non-recyclable materials, which results in further significant contamination. People often leave foreign materials (food, papers, trash) in PET bottles, which increase contamination of the material. Water and soda bottle lids are often made of a material other than PET, but if they remain on the bottle when it is recycled, they will be recycled as well, causing the PET to lose purity. Experts advise that PET bottles should be rinsed before being recycled, to remove residual liquids and food, but consumers rarely do this. Content labels adhered to the bottles are an additional contaminant.

15. Post-use PET bottles are typically received at a recycling plant in bales. A full recycling process would involve many different steps. Empty PET bottles are collected and squashed

into bales for ease of transportation. They are then cleaned, to try to remove other materials on the bottle (paper and plastic wrappers, glue, etc.). After cleaning, the bottles are placed on a conveyor belt where they are sorted magnetically and manually. A pre-wash is performed and then optical and manual sorting takes place. The bottles are sorted to remove not-PET materials and materials having certain colors. The sorted materials are then cut into flakes, which is the form of ARC Polymers' imported merchandise.

16. Used PET is often required to be upgraded during the recycling process before it may be used again. This may entail purification operations, as well as solid state polycondensation (SSP) to raise viscosity levels.

17. ARC Polymers acquires recycled bottle thermoforms from various foreign countries. It then arranges for this waste plastic to be reduced in size, for ease of transportation, and has the product shipped from the foreign country of origin to either Canada or the United States. After having gone through use, this material is no longer a single thermoplastic resin, but has been combined with other thermoplastic resins.  Purchasers of this material will generally perform recycling operations to remove other resins and contaminants, as well as SSP to raise the products' viscosities to levels sufficient for water of carbonated bottle beverage use, and to satisfy Food and Drug Administration (FDA) requirements for use as "food grade" plastics.

18. The amended Food, Drug and Cosmetic Act defines a food-contact substance as "any substance intended for use as a component of materials used in manufacturing, packing, packaging, transporting, or holding food if such use is not intended to have a technical effect in such food." Food contact substances must be tested for safety and to ensure the absence of migration (for example, microplastics migrating from the packaging materials into foods and causing a health hazard).

19. "Post-consumer" means the bottles have been used by the consumer, disposed of (waste) and diverted from landfill. PET bottles (along with other recyclables) are collected by waste companies (example: Waste Management), sorted and baled. The PET bales contain contaminants; such as metal, wood, glass and other polymers, such as PVC, Polypropylene, Polyethylene, ABS, and PC. The bales are sold to recycling companies to be washed and ground into flakes for efficiency of transportation.

20. PCR flakes still contain levels of other materials. Even hot-washed flakes still contain these materials. ARC Polymers' customers generally perform additional operations on the flakes to increase their viscosity and purity – particularly when the materials are to be used in producing containers, the predominant use.

21. The various forms of plastic flakes imported and offered by ARC Polymers have intrinsic viscosities of between 0.72 and 0.76 mg/l – significantly lower than the IV desired for the manufacture of most PET containers.

22. ARC's products contain numerous other thermoplastic materials, including Polyvinyl Chloride (PVC), Polystyrene (PS), Polypropylene (PP), Polyethylene (PE), Silicone, PET-PVC (amalgamated together), PET-PP (amalgamated together) and PET-PE (amalgamated together).

23. CBP revised the classification of "Plastic Bottle Flake" under subheading 3907.61.0050 HTSUS with a 6.5% duty rate.

24. Plaintiff filed a protest contesting the assessment of these duties and classifications. The protest was denied on October 28, 2025.

## COUNT I

25. Paragraphs 1 through 21 are incorporated by reference as though fully set forth herein.

26. CBP classified the PET subject to liquidation under subheading 3907.61.0050, HTSUS, a provision for "Poly (ethylene terephthalate): Having a viscosity number of 78 ml/g or higher : Other." Goods so classifiable have a general rate of duty of 6.5% ad valorem.

27. Pursuant to General Rule of Interpretation 1 of the HTSUS, "classification shall be determined according to the terms of the headings and any relative section or chapter notes".

28. The Harmonized Tariff Schedule of the United States Chapter 39 Notes include the following: 3. Headings 3901 to 3911 apply only to goods of a kind produced by chemical synthesis, falling in the following categories:

(a) Liquid synthetic polyolefins of which less than 60 percent by volume distills at 300°C, after conversion to 1,013 millibars when a reduced-pressure distillation method is used (headings 3901 and 3902);

(b) Resins, not highly polymerized, of the coumarone-indene type (heading 3911);

(c) Other synthetic polymers with an average of at least five monomer units;

(d) Silicones (heading 3910);

(e) Resols (heading 3909) and other prepolymers

29. Harmonized Tariff Schedule, Chapter 39, Note 6 provides:

6. In headings 3901 to 3914, the expression "primary forms" applies only to the following forms:

(a) Liquids and pastes, including dispersions (emulsions and suspensions) and solutions;

(b) Blocks of irregular shape, lumps, powders (including molding powders), granules, flakes and similar bulk forms.

30. Harmonized Tariff Schedule of the United States, Chapter 39, Note 7 provides:

7. Heading 3915 does not apply to waste, parings and scrap of a single thermoplastic material, transformed into primary forms (headings 3901 to 3914).

31. Plaintiff's imported PET flakes do not consist of a single thermoplastic resin.

32. Plaintiff's imported PET flakes are properly classified under Harmonized Tariff Schedule Subheading 3915.10.00, as "Waste, pairings and scrap, or plastics: Of polymers of ethylene".

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays that this Court enter judgment in its favor and enter an order directing the appropriate Customs officer to reliquidate the subject entries of merchandise under Harmonized Tariff Schedule subheading 3915.10.00 free of duty; and refunding to plaintiff all excess duties, taxes and fees, with interest as provided by law; and –

Providing plaintiff such further and additional relief as this Court may deem just and appropriate.

Respectfully submitted,

/s/ Sanzida Talukder
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
Sanzida Talukder
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

Dated: January 23, 2026