**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE HON. JOSEPH A. LAROSKI, JR., JUDGE**

```
------------------------------------------------------------------ X
ARC POLYMERS, INC.                                   :
                                                     :
        Plaintiff                                    :
                                                     :
        v.                                           :          Court No. 26-00823
                                                     :
UNITED STATES OF AMERICA                             :
                                                     :
        Defendant                                    :
------------------------------------------------------------------ ·X
```

### JOINT STATUS REPORT

Pursuant to this Court's Order of May 14, 2026 (ECF 26), plaintiff, ARC Polymers, Inc., and defendant, United States, hereby submit this joint status report and joint proposed scheduling order. This case concerns the proper classification of Polyethylene Terephthalate ("PET") scrap flakes under the Harmonized Tariff Schedule of the United States. The, parties have conferred and have agreed to the proposed discovery, dispositive motion and pretrial order deadlines. The parties jointly request the Court enter the attached proposed scheduling order.

Respectfully submitted,

NEVILLE PETERSON LLP

/s/ John M. Peterson
John M. Peterson                            BRETT A. SHUMATE
Patrick B. Klein                            Assistant Attorney General
Sanzida Talukder
One Exchange Plaza                          PATRICIA M. McCARTHY
55 Broadway, Suite 2602                     Director
New York, NY 10006
(212) 635-2730                              /s/ Justin Miller
jpeterson@npwny.com                         JUSTIN MILLER
                                            Director
*Attorneys for Plaintiff*                   International Trade Field Office

                                            /s/ Adam A. Vischio
                                            ADAM A. VISCHIO
                                            Trial Attorney
                                            U.S. Dept. of Justice, Civil Division
                                            Commercial Litigation Branch
                                            26 Federal Plaza, Room 346
                                            New York, NY 10278
                                            (212) 264-9232
                                            *Attorneys for Defendant*

Dated:  May 20, 2026