**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE HON. JOSEPH A. LAROSKI, JR., JUDGE**

```
-------------------------------------------------------------------- X
ARC POLYMERS, INC.                                    :
                                                      :
          Plaintiff                                   :
                                                      :
          v.                                          :          Court No. 26-00823
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
          Defendant                                   :
-------------------------------------------------------------- ·X
```

## JOINT PROPOSED SCHEDULING ORDER

On consideration of the parties' proposed scheduling order, it is hereby ordered that –

1. Any motions regarding the pleadings or other preliminary matters will be filed by July 31, 2026.

2. Fact Discovery shall be completed on or before January 29, 2027; and it is further

3. Expert reports shall be exchanged by March 30, 2027; and it is further

4. Expert rebuttal reports shall be exchanged by May 28, 2027; and it is further

5. Depositions of expert witnesses shall be completed by July 30, 2027;

6. Any motions regarding discovery shall be filed no later than thirty days after the close of discovery; and it is further

7. Dispositive motions, if any, shall be filed by September 30, 2027. A brief in response to a dispositive motion may include a dispositive motion; and it is further

8. If no dispositive motions are filed, a request for trial shall be filed by November 30, 2027, and shall be accompanied by a proposed order governing preparation for trial;

9. If necessary, trial shall begin at a time and place ordered by the court.

 

                                          Judge

Dated: _____
New York, NY